No. 427. DEFIANCE INDUSTRIES, INC., ET AL. *v.* TANZER ET AL. C. A. 3d Cir. Certiorari denied. *H. Albert Young* and *Murray I. Gurfein* for petitioners. *Irving Morris, Joseph A. Rosenthal, Benedict Wolf, Paul L. Ross,* and *Howard L. Jacobs* for respondents.

No. 433. SEYMOUR-HEATH *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. *Louis R. Baker* for petitioner. *Solicitor General Griswold, Assistant Attorney General Kashiwa, Roger P. Marquis,* and *S. Billingsley Hill* for the United States, and *Thomas S. Tobin* for American Pumice Co. et al., respondents.

No. 78. YAM SANG KWAI *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Jack Wasserman* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Charles Gordon* for respondent.

No. 275. LOOS *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Nathan T. Notkin* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *George W. Masterton, Jr.,* for respondent.

No. 424. FMC CORP. *v.* PAPER CONVERTING MACHINE CO., INC. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Charles F. Meroni* for petitioner. *Jerome F. Fallon* for respondent.